# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 14-3459

———————————————

Matthew R. Jaakola; Kristin Jaakola

*Plaintiffs - Appellants*

v.

The Bank of New York Mellon, formerly known as The Bank of New York, as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass through Trust 2006-HYB-2 Mortgage Pass Through Certificates, Series 2006-HYB2; Bank of America, N.A., also all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein

*Defendants - Appellees*

———————

Appeal from United States District Court
for the District of Minnesota - Minneapolis

———————

Submitted: June 5, 2015
Filed: June 16, 2015
[Unpublished]

———————

Before MURPHY, SHEPHERD, and KELLY, Circuit Judges.

———————

PER CURIAM.

Matthew and Kristin Jaakola appeal the district court's[1] order granting defendants' motion to dismiss this action, which sought to quiet title to property that was the subject of foreclosure proceedings. Following careful review, we affirm because, among other reasons, this action is barred by the doctrine of res judicata. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.